

ORDERED in the Southern District of Florida on December 26, 2022.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO: 22-13835 BKC AJC |
| ELIZABETH SLAVUTSKY | CHAPTER 13 |
| XXX-XX-1319 | |
| _____Debtor_____/ | |

### ORDER GRANTING-IN-PART DEBTOR'S MOTION TO DETERMINE IF AUTOMATIC STAY IS IN EFFECT, OR IN THE ALTERNATIVE, MOTION TO REIMPOSE THE STAY AS TO ALL CREDITORS

THIS CAUSE came on to be heard on December 20, 2022 at 9:00 am upon *Debtor's Motion to Determine if Automatic Stay is in Effect, or in the Alternative, Motion to Reimpose the Stay as to All Creditors (DE #53),* having heard argument of counsel, it is:

**ORDERED and ADJUDED** as follows:

1. Debtor's Motion to Determine if the Automatic Stay is in Effect, or in the Alternative, Motion to Reimpose the Stay as to All Creditors is **GRANTED-IN-PART**.

2. The debtor's current bankruptcy case was filed in good faith, as there has been a substantial change in the financial affairs and personal affairs of the debtor which will result in a confirmed plan that will be fully performed. Specifically, the debtor is due to receive higher income from her current employer, and is collecting rent from her current tenant.

3. The Creditor, CDBD Holdings, Inc., as Successor in Interest to D&D Funding II, LLC, will continue to have relief from the automatic stay, including in rem relief as to the property and collateral of CDBD Holdings, Inc.

4. The automatic stay is reimposed under 11 U.S.C. §362(a) as to all other creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d) and for any other relief that is deemed proper.

(###)

**Submitted by:**
Christian Paul Larriviere, Esq.
Law Offices of Christian Paul Larriviere, PA
1250 SW 27th Avenue, Suite 307
Miami, Florida 33135
(P) 954-239-7150
(F) 954-874-6110
christian@cpllaw.com

Christian Paul Larriviere, Esq., is directed to furnish a conformed copy of this order to all interested parties and file a certificate of service.